No. 460, Misc.  SUMMERS *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 468, Misc.  CORNES *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 472, Misc.  HAYES *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 474, Misc.  CARR *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 477, Misc.  GIAGNOCAVO *v.* AMERICAN CAN Co. C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se. Emanuel Klein* for respondent.

No. 478, Misc.  LEVINE *v.* RADIO CORPORATION OF AMERICA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 479, Misc.  HUNTER *v.* JUERGENS, U. S. DISTRICT JUDGE.  C. A. 7th Cir.  Certiorari denied.

No. 480, Misc.  CARR *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 481, Misc.  JACOBS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 484, Misc.  WILLIAMS *v.* WILKINS, WARDEN.  C. A. 2d Cir.  Certiorari denied.